# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00226-CV

### Steven C. Kahle, Appellant

### v.

### Red Cheetah, Inc.; Red Cheetah Software, LP; and Andrew Morgan, Appellees

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. D-1-GN-11-001624, HONORABLE TIM SULAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Steven C. Kahle has informed this Court that he no longer wishes to pursue this appeal and has filed an unopposed motion to dismiss it. Appellant's counsel states that he has conferred with counsel for appellees Red Cheetah, Inc.; Red Cheetah Software, LP; and Andrew Morgan, who does not oppose this motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed on Appellant's Motion

Filed:   July 18, 2014